AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$46,300 in U.S. Currency held at Busey Bank in account number ending in 586 and in the name of Roniesha L. Green | ) ) ) Case No.  20-MJ 7098 ) ) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Central___ District of ___Illinois___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981(a)(1)(C)___  *(describe the property)*:

$46,300 in U.S. Currency held at Busey Bank in account number ending in 586 and in the name of Roniesha L. Green

The application is based on these facts:

See attached affidavit of U.S. Secret Service Special Agent John R. Brady, incorporated herein by reference.

☑ Continued on the attached sheet.

s/ John R. Brady

*Applicant's signature*

U.S. Secret Service Special Agent John R. Brady
*Printed name and title*

Attested to by reliable electronic means (telephone) in accordance with Fed. R. Crim. P. 4.1.

s/ Eric I. Long

Date: ___07/22/2020___

*Judge's signature*

City and state:  Monticello, IL

Hon. Eric I. Long, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

In the Matter of the Seizure of )
$46,300 in U.S. Currency held at ) Case No. 20-MJ-__7098__
Busey Bank in the name of )
Roniesha L. Green )

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

I, John R. Brady, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Secret Service, and have been so employed since September 2002. I am presently assigned to the Springfield Resident Office where my duties include the investigation of financial crimes.

2. This affidavit is in support of a seizure warrant to seize the proceeds of a Small Business Administration loan totaling $46,300.00 in United States currency held in the name of Roniesha L. Green, 893 W. Wood Street, Decatur, Illinois, at Busey Bank, whose headquarters is located at 100 West University Avenue, Champaign, Illinois.

3. The information provided in this affidavit is known to me or was reported to me by others involved in this investigation. Since this affidavit is for the limited purpose of seeking an application to seize the aforementioned, it does not contain every fact known to me.

## LEGAL AUTHORITY

4. Property which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity" is forfeitable under 18 U.S.C. §

981(a)(1)(C). The offense of wire fraud (18 U.S.C. § 1343) is a "specified unlawful activity" as they are listed in 18 U.S.C. § 1961(1). *See* 18 U.S.C. § 1956(c)(7)(A) (defining the term "specified unlawful activity").

5. Property subject to forfeiture may be seized pursuant to a warrant issued under 18 U.S.C. § 981(b). It is the Government's burden "to show that probable cause exists to believe that the property in question is subject to forfeiture." *United States v. One Parcel of Real Estate Located at 1948 S. Martin Luther King Drive*, 270 F.3d 1102, 1111 (7th Cir. 2001). Probable cause exists if the Government has established that the totality of the circumstances demonstrates a nexus between the property and the fraudulent activity. *Id.*

6. The United States may obtain seizure warrants for property located outside the Central District of Illinois pursuant to 18 U.S.C. § 981(b)(3) and 28 U.S.C. § 1355(b). Title 18, United States Code, Section 981(b)(3) provides that, notwithstanding the provisions of Rule 41(a), Federal Rules of Criminal Procedure, a seizure warrant may be issued by a judicial officer in any district in which a forfeiture action against the property may be filed under Section 1355(b) of Title 28, and may be executed in any district in which the property is found. 28 U.S.C. § 1355(b)(1), in turn, provides that a forfeiture action or proceeding may be brought in:

> (A) The district court for the district in which any of the acts or omissions giving rise to the forfeiture occurred; or
>
> (B) Any other district where venue for the forfeiture action or proceeding is specifically provided for in section 1395 of this title or any other statute.

7. Issuance of the seizure warrant by a judicial officer in this district is appropriate under 18 U.S.C. § 981(b)(3) because, as explained in this affidavit, this is a district "in which . . . acts or omissions giving rise to the forfeiture occurred." 28 U.S.C. § 1355(b)(1)(A).

8. 18 U.S.C. § 1343 (wire fraud) states in relevant part as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both.

## DETAILS OF INVESTIGATION

9. On June 30, 2020, at a approximately 1:40 p.m., using a computer assigned IP address 12.24.110.121, an application for an Economic Injury Disaster Loan (EIDL) was made through the Small Business Administration's (SBA) online portal and assigned Application ID 3307556986.

10. Application ID 3307556986 identified the applicant as Roniesha Green with an address as the 800 block of W. Wood Street in Decatur, Illinois. The loan applicant provided the tax identification number with the same last four numbers as Roniesha L. Green's social security number.

11. In applying for that EIDL, the applicant for Application ID 3307556986 represented that Roniesha Green's business was a sole proprietorship earning gross revenues of $120,000. In applying for the EIDL under Application ID 3307556986, the applicant also represented that Roniesha Green employed ten individuals.

12. The applicant for Application ID 3307556986 provided an email address and phone number for Roniesha Green as well as Busey Bank account number ending in 586 for receipt of the EIDL proceeds.

13. Between June 25, 2020, and July 3, 2020, nineteen other applications for EIDLs were submitted through the SBA's online portal using the same IP address used to create Application ID 3307556986. Of the twenty applications using this same IP address, one provided a Texas address, three provided a California address, and 16 provided an Illinois address.

14. On July 1, 2020, at approximately 2:30 p.m., using a computer assigned the same IP address (IP address 12.24.110.121), another application for an EIDL was made through the Small Business Administration's (SBA) online portal and assigned Application ID 3307974043.

15. Application ID 3307974043 identified Brianna Workman as the applicant with an address at the 2100 block of W. Marietta Street in Decatur, Illinois. Just like Roniesha Green's application, Workman's application represented that Workman was a sole proprietorship employing ten individuals with a gross revenue of $120,000.

16. On July 3, 2020, at approximately 12:04 p.m., a second application for an EIDL was created in the name of Roniesha L. Green and assigned Application ID 3308475963. Application ID 3308475963 was also created using the same IP address (IP address 12.24.110.121) used to create nineteen other applications, including Roniesha Green's prior application (Application ID 3307556986). Just like her June 30 application, the July 3 application was made in the name of Roniesha L. Green and including the

same social security number, telephone number, and address in the 800 block of W. Wood Street in Decatur, Illinois.

17. Application ID 3308475963 also represented that Roniesha L. Green owned a sole proprietorship that employed ten individuals and had $120,000 in gross revenue.

18. Both Application ID 3307556986 and Application ID 3308475963 for Roniesha Green's businesses listed the business's established date as December 20, 2018.

19. In order to obtain an EIDL though the SBA's online portal, applicants must certify that each of the following is true in order to remain eligible for the EIDL:

- Applicant is not engaged in any illegal activity (as defined by Federal guidelines).
- No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations.
- Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature.
- Applicant does not derive more than one-third of gross annual revenue from legal gambling activities.
- Applicant is not in the business of lobbying.
- Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress.

20. Before submitting the EIDL application through the online portal, the applicant is advised that "By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future." Further, the applicant is provided a warning that states:

> WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

Additionally, by clicking on a box on the webpage, the applicant would "hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct."

21. Based on the information provided, the SBA approved an EIDL application for Roniesha L. Green in the amount of $46,300 on July 15, 2020, and assigned Roniesha L. Green's approved loan as loan number ending in 081-04.

22. On July 17, 2020, the U.S. Treasury disbursed $46,300 to Roniesha L. Green's Busey Bank account ending in 586 via electronic wire transfer.

23. On July 20, 2020, Roniesha L. Green attempted to withdraw funds from her account to which the EIDL proceeds were deposited. During that time, Roniesha L. Green informed Busey Bank tellers that the loan proceeds were to be used to purchase a car as a gift. After Busey Bank employees asked Roniesha L. Green for documentation regarding her business, Roniesha L. Green provided a letter from the U.S. Department

of Treasury dated July 20, 2020, addressed to Roniesha L. Green with an address of the 1900 block of N. Gebhart Court in Decatur, Illinois. That letter indicated that the U.S. Department of Treasury assigned Roniesha L. Green Employer Identification Number (EIN) 85-XXXXXXX.

24. Law enforcement agents confirmed that the same EIN assigned to Roniesha L. Green was applied for on July 20, 2020. When applying for the EIN, the applicant indicated that that business operations date was July 2020.

25. Roniesha L. Green informed employees of Busey Bank that her company is an Illinois organization, "Roniesha Green, LLC." However, law enforcement confirmed that, as of July 15, 2020, the Illinois Secretary of State's office, which is responsible for maintaining records of business entities organized under the laws of the State of Illinois, did not have any record of "Roniesha Green, LLC" being registered in Illinois as a Limited Liability Company.

26. Roniesah Lashae Green is a Decatur, Illinois, resident with the same social security number matching those used in EIDL Application ID 3307556986 and Application ID 3308475963. Roniesha Lashae Green has a birthdate of December 1998, making her 21 years old. Roniesha Lashae Green also arrested on September 25, 2019, for domestic battery from the same address at the 1900 block of N. Gebhart Court in Decatur, Illinois, as was identified in the July 20, 2020, letter from the U.S. Treasury Department. In investigating that domestic battery incident, law enforcement received information that Roniesha Lashae Green worked as a server in a Tex/Mex restaurant. During that September 2019 arrest, Roniesha Lashae Green told law enforcement that

she stayed with her sister at the same address on the 800 block of W. Wood Street in Decatur, Illinois, as identified in the EIDL application.

27. On March 11, 2020, law enforcement responded to the same address at the 1900 block of N. Gebhart Court in Decatur, Illinois, as was identified in the July 20, 2020, letter from the U.S. Treasury Department. There, Roniesha Lashae Green's husband explained that the two were separated and that Roniesha Lashae Green damaged his vehicle. Roniesha Lashae Green's husband further explained that he knew Roniesha Lashae Green to resided at the same address on the 800 block of W. Wood Street in Decatur, Illinois, as identified in the EIDL applications.

28. Both of Roniesha Green's EIDL applications (Application ID 3307556986 and Application ID 3308475963) identify her business established date as December 20, 2018, and list her gross revenue as $120,000. Both applications also list her loss of rental property income due to the COVID-19 pandemic as $5,000. Both applications also list Roniesha Green's total sale of goods and merchandise in the preceding 12 months (or in all of 2019) was $7,500. Despite claiming in 2020 her business, which was started in December 2018, had gross revenue of $120,000, a business that lost $5,000 due to the pandemic, and the ability to employ ten people, the Circuit Court for Macon County found on October 2, 2019, in case number 2019 CM 694 that Roniesha Green was indigent.

29. Despite the fact that Roniesha Green's EIDL June 30, 2020, application (Application ID 3307556986) claimed ten employees and her July 3, 2020, application (Application ID 3308475963) also claiming ten employees, the Employer Identification

Number produced by Roniesha Green to Busey Bank was dated July 20, 2020, after the application was made.

30.     The same IP address used to complete Roniesha Green's applications submitted Brianna Workman's application that represented that Brianna Workman's sole proprietorship was established on June 10, 2018, and also had a gross revenue of $120,000. Workman's EIDL application represented that her business lost rental property income due to the COVID-19 pandemic in the amount of $4,500. Workman's application also identified the total sale of goods and merchandise in the preceding 12 months (or in all of 2019) as $6,500. Despite the fact that Workman's business also claimed to employ ten people, the Macon County Court found on January 28, 2019, in case number 2017 CM 267 that the Brianna Workman was indigent.

31.     On July 21, 2020, a special agent with the U.S. Secret Service spoke with Roniesha Lashae Green over the phone regarding her EIDL. The U.S. Secret Service special agent told Ms. Green that there was an investigation into the EIDL and the two agreed to meet on Friday, July 24, 2020, to discuss the loan. Thereafter, Ms. Green called Busey Bank and misrepresented the content of that call with the U.S. Secret service agent. In speaking with representatives with Busey Bank, Ms. Green claimed that the U.S. Secret Service special agent told Ms. Green that there was no problem with the loan and that the funds could be unfrozen and released to Ms. Green. That does not accurately describe the information relayed from the U.S. Secret Service special agent to Ms. Green.

## Timeliness of Information

32.     The Busey Bank Fraud Manager was notified of the ongoing investigation into the U.S. Currency held in the name Roniesha L. Green on July 20, 2020. As of July 21, 2020, the Busey Bank Fraud Manager state that the funds received into Roniesha L. Green's account in the amount of $46,300 from the U.S. Treasury has been frozen pending further direction from the U.S. Secret Service, but would have to be released at 5:00 p.m. on July 22, 2020. Based on my training, experience, and the information provided, I believe the $46,300 proceeds from the EIDL is currently located in the Busey Bank account ending in 586 under the name Roniesha L. Green.

## Conclusion

33. Based on the investigation set forth herein and your affiant's training and experience, your affiant contends that probable cause exists to believe that $46,300 contained in the Busey Bank account held in the name of Roniesha L. Green, located at Busey Bank, whose headquarters is located at 100 West University Avenue, Champaign, Illinois, constitutes proceeds of a violation of Title 18, United States Code, Section 1343 and that these funds are subject to seizure and forfeiture to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C).

Respectfully submitted,
s/ John R. Brady

John R. Brady
United States Secret Service Special Agent

Attested to in accordance with the requirements of Fed. R. Crim. R. 4.1 by reliable electronic means, namely telephone, on July 22, 2020.

s/ Eric I. Long

Honorable Eric I. Long
United States Magistrate Judge