2:20-mj-07098-EIL # 4 Page 1 of 3
2:20-mj-07098 *SEALED* (Court only) Page 1 of 3
E-FILED
Tuesday, 28 July, 2020 03:58:53 PM
Clerk, U.S. District Court, ILCD

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$46,300 in U.S. Currency held at Busey Bank in account number ending in 586 and in the name of Roniesha L. Green | ) ) ) ) ) | Case No. 20-MJ-7098 |

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the ___Central___ District of ___Illinois___ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

$46,300 in U.S. Currency held at Busey Bank in account number ending in 586 and in the name of Roniesha L. Green

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ___07/29/2020___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
___Hon. Eric I. Long___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___July 22, 2020   3:29 p.m.___

s/ERIC I. LONG
*Judge's Signature*

City and state: ___Monticello, IL___

Hon. Eric I. Long, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 20-MJ-7098 | Date and time warrant executed: 7/24/20  11:15am | Copy of warrant and inventory left with: Laura Lamberti, Branch Mgr. |
| Inventory made in the presence of: SSA John Brady   SA Shane Hornibrook | | |

Inventory of the property taken:

Busey Bank Official Check #701157660, dated 07/24/2020, in the amount of $44,207.54, made payable to the United States Secret Service.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/27/20

*Executing officer's signature*

John Brady, Special Agent U.S.S.S.
*Printed name and title*

# OFFICIAL CHECK

**BuseyBANK**

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: BOKF, NA
EUFAULA, OK

701157660

FOR Federal Seizure Warrant 20-MJ-7098

DATE 07/24/2020

49-55 / 1031

Remitter Busey Bank  Roniesha L Green  101528586

AMOUNT

PAY *** Forty-Four Thousand Two Hundred and Seven Dollars and Fifty-Four Cents

$44,207.54

TO THE ORDER OF  United States Secret Service

DRAWER: BUSEY BANK

*Gwynne S. Bethist* (signature)

⑈701157660⑈ ⑆103100551⑆ 016001228199 8⑈

---

BUSEY BANK

701157660

CT

Federal Seizure Warrant 20-MJ-7098

DATE 07/24/2020

Remitter  Busey Bank  Roniesha L Green  101528586

AMOUNT

*** Forty-Four Thousand Two Hundred and Seven Dollars and Fifty-Four Cents

$44,207.54

Fee

United States Secret Service